IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KAWASAKI HEAVY INDUSTRIES, LTD.,**
a/k/a **KAWASAKI JUKPGYO**
**KABUSHIKI KAISHA and KAWASAKI**
**MOTORS MANUFACTURING CORP.,**
**U.S.A.**,

**Plaintiffs,**

**v.**

**BOMBARDIER RECREATIONAL**
**PRODUCTS INC., BRP U.S., INC.,**
**BANK OF MONTREAL (in the capacity**
**as administrative agent) HARRY**
**MARCUS and ROBERT GOETHALS,**

**Defendants.**                                                            No. 10-0641-DRH

## ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On September 20, 2010, counsel for Defendant Bombardier Recreational Products, Inc. and BRP, U.S., Inc. entered their appearances and filed a motion to extend time to respond to the complaint. However, the record reflects that these Defendants have not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statements. Thus, Court **ORDERS** Defendants to file its disclosure statements on or before September 28, 2010.

      **IT IS SO ORDERED.**

      Signed this 21st day of September, 2010.

      /s/   *David R Herndon*
      **Chief Judge**
      **United States District Court**