IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KAWASAKI HEAVY INDUSTRIES, LTD. (a/k/a )
KAWASAKI JUKOGO KABUSHIKI KAISHA) )
and KAWASAKI MOTORS )
MANUFACTURING CORP., U.S.A., )
 )
   Plaintiffs, ) Case No. 3:10-cv-641-DRH-DGW
 )
   v. )
 )
BOMBARDIER RECREATIONAL PRODUCTS )
INC., BRP U.S., INC., BANK OF MONTREAL, )
HARRY MARCUS, and ROBERT GOETHALS, )
 )
   Defendants. )

**AMENDED SCHEDULING ORDER**

Currently pending before the Court is Plaintiffs' Consent Motion to Amend the Scheduling Order (Doc. 81). This motion is **GRANTED**. The Court extends the discovery deadlines and sets the following amended schedule:

1. Plaintiffs' experts shall be disclosed by **August 8, 2011**.

2. Deposition of Plaintiffs' experts shall be taken by **September 8, 2011**.

3. Defendants' experts shall be disclosed by **October 7, 2011**.

4. Deposition of Defendants' experts shall be taken by **November 7, 2011**.

5. Discovery shall be completed by **November 7, 2011**.

6. Dispositive motions shall be filed by **November 22, 2011**.

7. The presumptive trial month is reset to **March 2012**.

**IT IS SO ORDERED.**

**DATED: May 11, 2011**

*/s/ Donald Wilkerson*

      **DONALD G. WILKERSON**
      **United States Magistrate Judge**